IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JOHN H. SHREVE, SR.                                                PLAINTIFF

    v.                           CIVIL NO. 08-6116

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 11th day of January 2010.

                                                       /s/ *Erin L. Setser*
                                                       HON. ERIN L. SETSER
                                                       UNITED STATES MAGISTRATE JUDGE